UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MEIGHAN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-06144-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 3, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:　April 30, 2020

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 1, 2020.

DESIGNATION OF EXPERTS: December 4, 2020; REBUTTAL: January 8, 2021;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 29, 2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 5, 2021;
　　Opp. Due: February 19, 2021; Reply Due: February 26, 2021;
　　and set for hearing no later than March 12, 2021 at 10:00 AM.

PRETRIAL CONFERENCE DATE: April 20, 2021 at 3:30 PM.

JURY TRIAL DATE: May 3, 2021 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall participate in private mediation by 9/28/20.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 1/10/20

_____
SUSAN ILLSTON
United States District Judge