UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MEIGHAN,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>Defendants. | Case No. 19-cv-06144-SI<br><br>**ORDER RE DISCOVERY DISPUTE LETTER NO. 2**<br><br>Re: Dkt. No. 37 |

In a March 17, 2021, joint discovery letter, Dkt. No. 37, the parties dispute the additional time for which plaintiff may depose defendant Amazon.com Inc.'s ("Amazon") designated corporate representative pursuant to FRCP 30(6). On January 8, 2021, plaintiff deposed Amazon's corporate representative for approximately seven hours. *Id*. at 3. Plaintiff argues that she needs an additional four hours to complete her questioning relating to prior customer complaints of Amazon's use of dry ice, because of the topic's relevance to plaintiff's claims, voluminous related documents, and technical-issues-caused time delays during the corporate representative's remote deposition. *Id*. at 5-6. Amazon argues that an additional four hours is unwarranted because, during the initial remote deposition, plaintiff unreasonably prolonged questioning, experienced no technical delays, and elected not to share deposition exhibits before the deposition. *Id.* at 6-8. Amazon has agreed to one additional hour of deposition. *Id*. at 8.

The Court finds good cause to allow additional two hours for plaintiff's deposition of Amazon's corporate representative. Accordingly, the Court **ORDERS** Amazon to produce its corporate representative for two additional hours for deposition.

**IT IS SO ORDERED**.

Dated: March 23, 2021

_____
SUSAN ILLSTON
United States District Judge