|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

JENNIFER MEIGHAN,

        Plaintiffs,

   v.

AMAZON.COM, INC., et al.,

        Defendants.

Case No. 19-cv-06144-SI  (SI)

**THIRD AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 8/16/2021.

DESIGNATION OF EXPERTS: 8/31/2021; REBUTTAL: 9/21/2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/22/2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/11/2021;
    Opp. Due: 12/13/21; Reply Due: 1/10/2022;
    and set for hearing no later than 1/28/2022 at 10:00 AM.

PRETRIAL PAPERWORK due: 3/1/2022
PRETRIAL CONFERENCE DATE: 3/1520/22 at 3:30 PM.

JURY TRIAL DATE: 3/28/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10-14 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: June 11, 2021

SUSAN ILLSTON
United States District Judge